FILED IN OPEN COURT
ON 11/5/13

Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-305-1BO(1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| BASIT JAVED SHEIKH | ) | |
| a/k/a "Abdul Basit" | ) | |

The Grand Jury charges that:

GENERAL ALLEGATIONS

At all times relevant to this indictment:

1. On October 15, 2004, the United States Secretary of State designated al-Qa'ida in Iraq (AQI) as a Foreign Terrorist Organization pursuant to Section 219 of the immigration and Nationality Act.

2. On December 11, 2012, the Secretary of State amended the designation of AQI to include more than a dozen additional names for the same group and included the aliases: the al-Nusrah Front, Jabhat al-Nusra and Jabhat al-Nusrah.

## COUNT ONE
### (Attempt to Provide Material Support to Foreign Terrorist Organization)

3. The allegations within paragraphs 1 and 2 are realleged and incorporated by reference as though fully set forth herein.

4. Beginning no later than on or about April 8, 2013, and continuing until on or about November 2, 2013, in the Eastern District of North Carolina, the defendant, BASIT JAVED SHEIKH, a/k/a Abdul Basit, did knowingly attempt to provide material support and resources, as that term is defined in 18 U.S.C. §2339A(b), that is, personnel (including oneself), to the foreign terrorist organization the al-Nusrah Front, knowing that the organization was a designated terrorist organization, and knowing that the organization had engaged in and was engaging in terrorist activity as that term is defined in Title 8, United States Code, §1182(a)(3)(B), and knowing that the organization had engaged in and was engaging in terrorism as that term is defined in Title 22 United States Code, §2656f(d)(2), and the offense occurred in whole or in part within the United States.

All in violation of Title 18, United States Code, §2339B.

A TRUE BILL

FOREPERSON

11-5-13
DATE

THOMAS G. WALKER
United States Attorney

BY: JASON M. KELLHOFER
Assistant United States Attorney

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.