FILED IN OPEN COURT
ON 11/5/13

Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-305-1BO(1)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| BASIT JAVED SHEIKH ) | |

Upon motion of the United States, and for good cause shown, it the government's motion to seal the indictment in this matter is hereby GRANTED.

SO ORDERED.

This the 5th day of November, 2013.

JAMES E. GATES
United States Magistrate Judge