UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-305-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | ORDER |
| ) | |
| BASIT JAVED SHEIKH ) | |

For good cause shown, the United States' motion to unseal is hereby GRANTED.

SO ORDERED, this __8__ day of November, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE