UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-00305-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | ORDER SETTING CIPA SECTION 2 |
| v. | ) | PRETRIAL CONFERENCE |
| | ) | |
| BASIT JAVED SHEIKH | ) | |

The United States of America has filed a motion requesting a pretrial conference pursuant to Section 2 of the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA"). (See DE 25).

Wherefore, after having received no objection by counsel for Basit Javed Sheikh, and after having reviewed the motion, the Government's request for a CIPA Section 2 pretrial conference is granted and shall take place on the 8th day of January, 2014.

So ordered, this 3 day of December 2013.

UNITED STATES DISTRICT JUDGE
TERRENCE W. BOYLE