UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-cr-00305-BO

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
) ORDER TO SEAL
v. )
)
BASIT JAVED SHIEKH )
)
    Defendant. )
)

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 44 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

So ordered, this __18__ day of __February__, 2014.

_____
UNITED STATES DISTRICT JUDGE
TERRENCE W. BOYLE