UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-cr-305-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **MOTION TO SEAL DE 62** |
| v. | ) | |
| | ) | |
| BASIT JAVED SHIEKH | ) | |
| | ) | |
| Defendant. | ) | |

The United States hereby moves to seal DE 62 (and any attachments), which is a redacted version of the Government's 18 September 2014 CLASSIFIED IN CAMERA, EX PARTE MOTION TO DELETE SPECIFIED CLASSIFIED INFORMATION PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULES 16(D)(1) AND 26.2 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE. This redacted and unclassified version contains information that is sensitive but unclassified. This information relates to certain facts of the case, as well as law enforcement means, methods, and capabilities relating to both investigations and evidence review particular to cases involving classified evidence. The Government believes that it has a compelling interest in preventing such matters from being unnecessarily disclosed to anyone not a party to the court proceedings in this matter.

The Government has filed DE 62 in an effort to provide the defendant with the maximum amount of information possible

regarding the Government's *ex parte* motion filed under CIPA Section 4 and Rules 16(D)(1) and 26.2 Of the Federal Rules Of Criminal Procedure. Broadly speaking, sealing such matters assists the Government in protecting matters that inherently relate to issues affecting national security, while at the same time ensuring the defendant receives the greatest amount of information related to the Government's classified *ex parte* filing. Indeed, many of the concerns which motivated the Government to seek the Protective Order at DE 40 with regard to discovery (and which was agreed and stipulated to by the defendants) are identical to those motivating the Government to seek the present sealing order as to DE 62. Based on the foregoing, the Government requests permission to seal DE 62.

Respectfully submitted this 23rd day of September 2014.

> THOMAS G. WALKER
> United States Attorney
>
> */s/ Jason M. Kellhofer*
> BY: JASON M. KELLHOFER
> Assistant United States Attorney
> Criminal Division
> 310 New Bern Avenue
> Suite 800 Federal Building
> Raleigh, NC 27601-1461
> Telephone: (919) 856-4530
> Facsimile: (919) 856-4828
> E-mail: Jason.Kellhofer@usdoj.gov
> Ohio Bar #0074736

CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing Motion to Seal DE 62 has this 23rd day of September 2014 been served upon the below counsel for the defendant in this action by electronically filing the foregoing with the Clerk of court, using the CM/ECF system:

| | |
|---|---|
| ROBERT E. WATERS<br>Assistant Federal Public Defender<br>Attorney for Defendant<br>Office of the Federal Public Defender<br>150 Fayetteville Street, Suite 450<br>Raleigh, North Carolina 27601<br>Telephone: 919-856-4236<br>Fax: 919-856-4477<br>E-mail: Robert_Waters@fd.org<br>N.C. State Bar No. 32985<br>LR 57.1 Counsel Appointed | JOSEPH B. GILBERT<br>Assistant Federal Public Defender<br>Attorney for Defendant<br>Office of the Federal Public Defender<br>150 Fayetteville Street, Suite 450<br>Raleigh, North Carolina 27601<br>Telephone: 919-856-4236<br>Fax: 919-856-4477<br>E-mail: Joseph_Gilbert@fd.org<br>N.C. State Bar No. 21395<br>LR 57.1 Counsel Appointed |

/s/ Jason M. Kellhofer
JASON M. KELLHOFER
Assistant United States Attorney
Criminal Division
310 New Bern Avenue
Suite 800 Federal Building
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4828
E-mail: Jason.Kellhofer@usdoj.gov
Ohio Bar #0074736

3

Case 5:13-cr-00305-BO   Document 64   Filed 09/23/14   Page 3 of 3