IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-305-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| BASIT JAVED SHEIKH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on the government's motion to seal [DE 64]. The government asks the Court to seal DE 62, the redacted version of the governments classified in camera, ex parte motion to delete specified classified information pursuant to section 4 of the classified information procedures act and Rules 16(d)(1) and 26.2 of the Federal Rules of Criminal Procedure. The redacted version contains sensitive, but unclassified information and the government believes that it has a compelling interest in preventing the information from being unnecessarily disclosed to anyone not a party to the court proceedings in this matter. For good cause shown, the Court GRANTS the motion to seal and hereby SEALS DE 62 and accompanying attachments except that copies shall be provided to the government and defendant.

SO ORDERED,

this __24__ day of September, 2014.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE