UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-cr-00305-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) ORDER |
| | ) ALLOWING CERTAIN WITNESSES |
| v. | ) TESTIFY UNDER PSEUDONYM and |
| | ) TO NOT BE VIEWED BY COURT |
| | ) SPECTATORS |
| BASIT JAVED SHEIKH | ) |
| a/k/a "Abdul Basit" | ) |
| | ) |
| Defendant. | ) |

This matter is before the Court by an unopposed motion of the United States to allow certain witnesses to testify under pseudonym and to not be viewed by court spectators.

Upon review of the Government's written statement, good cause having been shown, and no objection having been received from the Defendant, the Government's motion is GRANTED.

It is HEREBY ORDERED that the Confidential Human Source known as "Nusaybah" may testify under the pseudonym "Nusaybah."

It is FURTHER ORDERED, that the Online Covert Employee known as "Zaydan" may testify under the pseudonym "Zaydan."

Thus, the Government witness list will name these individuals as "The person known as Nusaybah" and "The person known as Zaydan." These individuals will swear or affirm to tell the truth

and will do so under this same description. During testimony, the individuals will be referred to simply as "Nusaybah" and "Zaydan".

It is FURTHER ORDERED that during the testimony of the person known as "Nusaybah" and the person known as "Zaydan," all public spectators in the gallery who are not a part of either trial team will be directed to a separate room which will have been pre-designated for this purpose and in which these spectators will be able to listen to the live audio of the testimony of these two witnesses.

So ordered, this ___3___ day of October, 2014.

*[signature]*
UNITED STATES DISTRICT JUDGE
TERRENCE W. BOYLE