UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.5:13-CR-305-BO-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| BASIT JAVED SHEIKH | |

On motion of the Defendant, Basit Javed Sheikh, and for good cause shown, it is hereby ORDERED that [DE 70] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This __14__ day of October, 2014.

TERRENCE W. BOYLE
United States District Judge