IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-305-BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BASIT JAVED SHEIKH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on its own motion. It appearing that the examination of defendant being conducted pursuant to 18 U.S.C. § 4247(b) shall not be completed in time to allow for the scheduled trial to proceed as originally planned on December 15, 2014, the Court hereby ORDERS that the arraignment and trial in this matter be continued until the Court's January 8, 2015 term of Court.

The delay occasioned by this order is hereby excluded from computation for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(8)(A). The undersigned finds, after weighing all relevant factors, that the interests of justice are best served by continuing defendant's arraignment and trial.

SO ORDERED,

this _23_ day of November, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE