UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-305-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| BASIT JAVET SHEIKH | |

This matter is before the Court by an unopposed motion from the Defendant, Basit Javed Sheikh, to allow Ms. Alpert to serve as guardian ad litem in this case, and for good cause shown, the motion is hereby ALLOWED.

IT IS FURTHER ORDERED that the *Sell* hearing be continued until August 05.

This Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This 26 day of June, 2015.

TERRENCE W. BOYLE
United States District Judge