UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-305-BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BASIT JAVED SHEIKH | NOTICE OF INSANITY DEFENSE |

Defendant, BASIT SHEIKH, by and through undersigned counsel and pursuant to Federal Rules of Criminal Procedure 12.2(a) and (b) hereby provides notice to the Government of an insanity defense and notice that expert testimony relating to the defendant's mental condition bearing on the issue of his guilt will be presented at trial.

THOMAS P. McNAMARA
Federal Public Defender

*/s/ Robert E. Waters*
ROBERT E. WATERS
Assistant Federal Public Defender
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
E-mail: Robert_Waters@fd.org
N.C. State Bar No. 32985
LR 57.1 Counsel Appointed

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

JASON M. KELHOFER
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

by electronically filing the foregoing with the Clerk of Court on June 24, 2015, using the CM/ECF system which will send notification of such filing to the above.

This the 13th day of April, 2015.

*/s/ Robert E. Waters*
ROBERT E. WATERS
Assistant Federal Public Defender
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
E-mail: robert_waters@fd.org
N.C. State Bar No. 32985
LR 57.1 Counsel Appointed

2