IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-305-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| BASIT JAVED SHEIKH | ) | |
| | ) | |

This matter is before the Court following a hearing held April 13, 2017, at Raleigh, North

Carolina to determine defendant's competence to proceed. Having considered the certification

of restoration of competency to stand trial filed pursuant to 18 U.S.C. § 4241(e) by J.C. Holland,

Warden, [DE 117], as well as the statements of counsel and defendant at the hearing, the

undersigned has determined that defendant is competent to proceed. The Court further allows

defendant's request and orders that defendant continue to be housed at F.M.C. Butner to ensure

continuity of care.

The arraignment in this matter will be set for the Court's May 2017 term. Any delay

occasioned by the setting of the arraignment is hereby excluded from computation for speedy

trial purposes pursuant to 18 U.S.C. § 3161(h)(8)(A). The undersigned finds, after weighing all

relevant factors, that the interests of justice have been best served by entry of the foregoing.


SO ORDERED, this _13_ day of April, 2017.


TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE