UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-305-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| BASIT JAVET SHEIKH | |

This matter having come before the Court by motion of the Office of the Federal Public Defender, it is hereby ORDERED that the independent psychiatric report filed at Docket Entry #135 be sealed until further notice by this Court.

IT IS SO ORDERED.

This 23 day of October, 2017.

TERRENCE W. BOYLE
United States District Judge