UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-305-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BASIT JAVET SHEIKH | ORDER TO SEAL |

On motion of the Defendant, Basit Javed Sheikh, and for good cause shown, it is hereby ORDERED that [D.E. 147] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This __22__ day of February, 2018.

TERRENCE W. BOYLE
United States District Judge