IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-305-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BASIT JAVED SHEIKH | ) | |

A status conference in this matter is currently set for Tuesday, July 31, 2018, at 2:00 p.m. at Raleigh, North Carolina. The Bureau of Prisons and United States Marshals Service are ORDERED to make the defendant available to appear at the status conference.

SO ORDERED, this 27 day of July, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE