IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-305-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| BASIT JAVED SHEIKH | ) | |
| | ) | |

Arraignment in this matter is currently set for August 22, 2018, at 2:00 p.m. at the United

States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina. The Bureau of Prisons and

United States Marshals Service are ORDERED to make the defendant available to appear for

arraignment.

SO ORDERED, this _$\partial D$_ day of August, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE